■ DAVID A. SPARKS, Plaintiff, v ESSEX HOMES OF WNY, INC., et al., Defendants. ESSEX HOMES OF WNY, INC., Third-Party Plaintiff-Respondent, v ALUMINUM GUTTERS, Doing Business as NIAGARA GUTTERS, Third-Party Defendant-Appellant. (Appeal

No. 1.) [797 NYS2d 329]—Appeal from an order of the Supreme Court, Niagara County (Vincent E. Doyle, J.), entered March 26, 2004. The order, insofar as appealed from, upon reargument, granted that part of third-party plaintiff's cross motion for summary judgment against third-party defendant for contractual and common-law indemnification.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Hayes, JJ.